686 A.2d 825

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Paul A. RICHTER, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 8, 1997.

David D. Wasson, III, Philadelphia, for Petitioner.

## ORDER

PER CURIAM:

AND NOW, this 8th day of January, 1997, the Petition for Allowance of Appeal is hereby **GRANTED**, limited to the issue of whether a court can properly admit evidence in a rape

---

512

trial of the defendant's past sexual assaults against the victim to explain the victim's failure to resist and to establish that the intercourse occurred through forcible compulsion or threat of forcible compulsion.